# MEMORANDUM CASES.

[L. A. No. 7229.    In Bank.—January 30, 1924.]

### OSCAR LEHNER et al., Respondents, v. GERMAIN SEED & PLANT COMPANY (a Corporation), Appellant.

[1] SALES—SEED—WARRANTY.—The judgment in this case is reversed upon the authority of *Miller* v. *Germain Seed & Plant Co., ante,* p. 62.

APPEAL from a judgment of the Superior Court of San Diego County. C. N. Andrews, Judge. Reversed.

The facts are stated in the case of *Miller* v. *Germain Seed & Plant Co., ante,* p. 62.

Eugene Daney for Appellant.

E. L. Johnson for Respondents.

THE COURT.—[1] This case is similar in its facts to the case of *Miller* v. *Germain Seed & Plant Co., ante,* p. 62 [32 A. L. R. 1215, 222 Pac. 817], and upon the authority of that case the judgment is reversed.

Wilbur, C. J., Myers, J., Waste, J., Kerrigan, J., and Lennon, J., concurred.

Seawell, J., and Lawlor, J., dissented.